UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61499-CIV-GOLD/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTICLES OF DRUG,

    Defendant.
_____/

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT; CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment [DE 14]. On January 22, 2008, the Government filed a Motion for Entry of Default by the Clerk. Following a telephonic status conference held on January 22, 2008, I ordered the Government to send Defendant a copy of its motion for default to Defendant's last known address of the local warehouse company at which the goods were seized and to Fullife Natural Option's address in the Phillippines. On January 24, 2008, the Government filed a Notice of Compliance. On January 25, 2008, the Clerk of Court entered Default in favor of Plaintiff based on Defendant's failure to appear. On February 12, 2008, Plaintiff filed the instant motion seeking the entry of default judgment. Having reviewed the Motion and the record, and noting that Defendant has failed to appear despite having been served via certified mail and through publication in accordance with Supplemental Rule G(4)(a) and Local Admiralty Rules C(4) and (C)(8)(c), it is hereby

ORDERED AND ADJUDGED:

1.    The Government's Motion [DE 14] is GRANTED.

2.    Default Judgment is entered against Defendant.

3.    It is the judgement of this Court that the seized articles are drugs that:

    a.    may not be introduced or delivered for introduction into interstate commerce, within the meaning of the Act, 21 U.S.C. § 355(a), because they are "new drugs" under 21 U.S.C. § 321(p), and no approvals of applications filed pursuant to 21 U.S.C. § 355(b) are in effect for such drugs; and,

    b.    are misbranded while held for sale after shipment of one or more of the components in interstate commerce, within the meaning of the Act, 21 U.S.C. § 352(f)(1), in that their labeling fails to bear adequate directions for use, and they are not exempt from such requirements under 21 C.F.R. § 201.115 because the articles are unapproved new drugs.

3. Pursuant to 21 U.S.C. § 334(d), the articles are condemned and forfeited to the United States of America.

4. Pursuant to 21 U.S.C. § 334, the United States Marshals Services for this district shall forthwith destroy the condemned and forfeited articles, and make due return to this Court. Destruction shall be in a manner that complies with the requirements of applicable federal and state laws.

5. All other pending motions are DENIED AS MOOT.

6. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of March, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
All counsel of record
U.S. Marshals Services