UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61499-CIV-GOLD/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTICLES OF DRUG,

    Defendant.
_____/

### ENTRY OF FINAL JUDGMENT OF CONDEMNATION, FORFEITURE AND DESTRUCTION

On March 19, 2008, the Court granted Plaintiff's Motion for Default Judgment. In accordance with Federal Rule of Civil Procedure 58 and the Court's Order granting Plaintiff's Motion, it is the judgment of the Court that the U.S. Marshals Services for this district shall destroy the condemned and forfeited articles in accordance with the Order Granting Plaintiff's Motion for Default Judgment.

The Court having granted a final judgment of default against Defendant, it is hereby ORDERED AND ADJUDGED:

1.    This case is hereby DISMISSED and CLOSED.

2.    All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 'day of March, 2008.

                              STEVEN M. LARIMORE
                              CLERK OF COURT

                      BY: _____
                              JACOB HASBUN
                              DEPUTY CLERK

cc:
U.S. Magistrate Judge William C. Turnoff
All Counsel of Record